**224**

PER CURIAM:

Nadine Batchelor appeals the district court's order denying her motion for reconsideration of the court's memorandum and order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Batchelor v. Northrop,* No. 1:07–cv–01032–WMN (D.Md. Apr. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying his motion for leave to file a new civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the order for the reasons stated by the district court. *In re: Daniel Willis,* No. 4:08–mc–00002 (E.D.N.C. filed Feb. 7 & entered Feb. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**In re:  Daniel Johnson WILLIS, Appellant.**

No.  08–1323.

United States Court of Appeals, Fourth Circuit.

Submitted:  Oct. 21, 2008.

Decided:  Oct. 23, 2008.

Daniel Johnson Willis, Appellant Pro Se.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

**Harold H. HODGE, Jr., next of kin and friends of B.N.H. and B.S.H.;  Chante' N. Hodge, next of kin or friends of B.N.H. and B.S.H., Plaintiffs—Appellants,**

v.

**CALVERT  COUNTY  PUBLIC SCHOOLS;  Robert L. Gray, CCPS, Board  Member  President;  Robin Welsh, CCPS, Assistant Superintendent;  Kimberly H. Roof, CCPS, Director of Student Services;  Kevin Michael, CCPS, Director of Personnel and Employee Relations;  William J. Phalen, Sr., CCPS, Board Member;**